

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:    In re Marty McVey and McVey & Company Investments, LLC

Appellate case number:  01-17-00948-CV

Trial court case number:  2014-12680

Trial court:            270th District Court of Harris County

      Marty McVey and McVey & Company Investments LLC have filed a petition for writ of mandamus challenging the trial court's order compelling arbitration. The Court requests that any responses to the petition be filed by January 8, 2018.

      It is so ORDERED.


Judge's signature: /s/ Harvey Brown
                Acting individually


Date: December 18, 2017